**Ben LENTZ v. STATE.**
8 Div. 190.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Affirmed.

**C. P. LINDSEY v. J. W. LASSETER.**
7 Div. 118.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Affirmed.

**Louise McCORMICK v. CITY OF HUNTS-
VILLE.**
8 Div. 125.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Affirmed.

**Essie MALACHI v. STATE.**
3 Div. 761.

Court of Appeals of Alabama.
May 14, 1935.

RICE, Judge.
Appeal dismissed.

**Cecil MANN v. STATE.**
7 Div. 129.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

**Dusie MAYFIELD v. STATE.**
8 Div. 95.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

**H. T. MILLER v. STATE.**
8 Div. 96.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

**Raymond MOTES and Donald Martin v.
STATE.**
8 Div. 140.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.